Paul Hart, Esq., SBN 237766
Dennis Lewis, Esq. SBN 262256
Daniel E. Griffee, Esq. SBN 229897
JOHNSON, MONCRIEF, & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Defendants Humboldt Nation Distribution, LLC and Humboldt Nutrients, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT WHOLESALE INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUMBOLDT NATION DISTRIBUTION, LLC, a California limited liability company; HUMBOLDT NUTRIENTS, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 114144<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by Plaintiff HUMBOLDT WHOLESALE INC. ("Plaintiff") and Defendants HUMBOLDT NATION DISTRIBUTION, LLC and HUMBOLDT NUTRIENTS, LLC ("Defendants"), by and through their respective counsel of record, that:

WHEREAS, Plaintiff filed its Complaint in the instant action on August 23, 2011;

WHEREAS, Defendants filed an Answer and Counterclaim to the Complaint on

1

December 12, 2011;

WHEREAS, Plaintiff filed a Motion to Strike Certain Affirmative Defenses from Defendants' Answer on January 6, 2012;

WHEREAS, Plaintiff and Defendants met and conferred regarding the Motion to Strike, and the parties agreed that Defendants should be permitted to file a First Amended Answer and Counterclaim, a true and correct copy of which is attached hereto as **Exhibit A**.

Therefore, IT IS HEREBY STIPULATED that Defendants shall be permitted to file a First Amended Answer and Counterclaim to the Complaint, which is attached as **Exhibit A**.

IT IS SO STIPULATED.

Dated: January 18, 2012                     PROCOPIO, CORY, HARGREAVES &
                                            SAVITCH LLP


                                            By: /s/ Megan E. McCarthy
                                                Megan E. McCarthy
                                                Attorneys for Plaintiff
                                                Humboldt Wholesale Inc.


Dated: January 18, 2012                     JOHNSON, MONCRIEF & HART, PC


                                            By/s/ Dennis J. Lewis
                                                Dennis J. Lewis
                                                Attorneys for Defendants
                                                Humboldt Nation Distribution, LLC
                                                and Humboldt Nutrients, LLC

2

1   ~~[PROPOSED]~~ ORDER

2   Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Defendants are

3   granted leave to file a First Amended Answer and Counterclaim to Plaintiff's Complaint. A true

4   an correct copy of said First Amended Answer and Counterclaim is attached as Exhibit A.

5   This Order moots Plaintiff's Motion to Strike portions of Defendants' answer

6   IT IS SO ORDERED. (Docket No. 37).

7   This Order disposes of Docket Nos. 37 and 40.

8   Dated: January 20, 2012

_____
Edward M. Chen
Judge of the United States District Court
Northern District of California

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen