1  Paul Hart, Esq., SBN 237766
   Dennis Lewis, Esq. SBN 262256
2  Daniel E. Griffee, Esq. SBN 229897
   JOHNSON, MONCRIEF, & HART, PC
3  16 West Gabilan Street
   Salinas, CA 93901
4  Telephone: (831) 759-0900
   Facsimile: (831) 759-0902
5
   Attorney for Defendants Humboldt Nation Distribution, LLC and Humboldt Nutrients, LLC
6
7
8                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  HUMBOLDT WHOLESALE INC, a California )   **Case No. CV 114144**
12  corporation,                          )
                                          )   **STIPULATION FOR LEAVE TO FILE**
13            Plaintiff,                  )   **FIRST AMENDED ANSWER AND**
                                          )   **COUNTERCLAIM AND [PROPOSED]**
14  v.                                    )   **ORDER THEREON**
                                          )
15                                        )
    HUMBOLDT NATION DISTRIBUTION,         )
16  LLC, a California limited liability company; )
    HUMBOLDT NUTRIENTS, LLC, a California )
17  limited liability company,            )
                                          )
18            Defendants.                 )
19  ──────────────────────────────────   )
20
21       IT IS HEREBY STIPULATED by Plaintiff HUMBOLDT WHOLESALE INC.
22  ("Plaintiff") and Defendants HUMBOLDT NATION DISTRIBUTION, LLC and HUMBOLDT
23  NUTRIENTS, LLC ("Defendants"), by and through their respective counsel of record, that:
24       WHEREAS, Plaintiff filed its Complaint in the instant action on August 23, 2011;
25
         WHEREAS, Defendants filed an Answer and Counterclaim to the Complaint on
26
27
28
                                          1
                                                        Stipulation
                                                  Humboldt v. Humboldt
                                                  (Case No. CV 114144)

1    December 12, 2011;

2        WHEREAS, Plaintiff filed a Motion to Strike Certain Affirmative Defenses from

3    Defendants' Answer on January 6, 2012;

4
5        WHEREAS, Plaintiff and Defendants met and conferred regarding the Motion to Strike,

6    and the parties agreed that Defendants should be permitted to file a First Amended Answer and

7    Counterclaim, a true and correct copy of which is attached hereto as **Exhibit A**.

8        Therefore, IT IS HEREBY STIPULATED that Defendants shall be permitted to file a

9    First Amended Answer and Counterclaim to the Complaint, which is attached as **Exhibit A**.

10       IT IS SO STIPULATED.

11

12   Dated: January 18, 2012              PROCOPIO, CORY, HARGREAVES &
                                          SAVITCH LLP
13

14                                        By:   /s/ Megan E. McCarthy
15                                              Megan E. McCarthy
                                                Attorneys for Plaintiff
16                                              Humboldt Wholesale Inc.

17

18   Dated: January 18, 2012              JOHNSON, MONCRIEF & HART, PC

19

20                                        By/s/ Dennis J. Lewis
21                                            Dennis J. Lewis
                                              Attorneys for Defendants
22                                            Humboldt Nation Distribution, LLC
                                              and Humboldt Nutrients, LLC
23

24

25

26

27

28
                                    2

                                                          Stipulation
                                                    Humboldt v. Humboldt
                                                    (Case No. CV 114144)

1

[PROPOSED] ORDER

2

    Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Defendants are

3

granted leave to file a First Amended Answer and Counterclaim to Plaintiff's Complaint. A true

4

an correct copy of said First Amended Answer and Counterclaim is attached as Exhibit A.

5

This Order moots Plaintiff's Motion to Strike portions of Defendants' answer

6

    IT IS SO ORDERED. (Docket No. 37).

7

This Order disposes of Docket Nos. 37 and 40.

8

Dated: __January 20__, 2012

                           _____

9

                         Edward M. Chen
Judge of the U
North

10

*IT IS SO ORDERED AS MODIFIED*

Judge Edward M. Chen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3