# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT WHOLESALE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUMBOLDT NATION DISTRIBUTION, LLC, a California limited liability company; HUMBOLDT NUTRIENTS, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 11-CV-4144-EMC<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(2)** |

## <u>ORDER</u>

Having considered the parties' stipulation consenting to Plaintiffs filing a First Amended Complaint, it is hereby **ORDERED** that:

1. Plaintiffs First Amended Complaint filed as Exhibit A to the parties' stipulation on July 13, 2012 is deemed filed as of the date of this Order.

2. Defendant shall have 21 days from the filing of the First Amended Complaint to respond or otherwise plead to Plainitff's Amended Complaint.

3. The parties' agreement to stipulate to leave to amend the pleadings shall not limit any party's ability to challenge or otherwise address the merits or treatment of the amended

---

ORDER GRANTING PLAINTIFF'S LEAVE TO FILE FIRST AMENDED COMPLAINT
Case No. 11-CV-4144-EMC

1  allegations.

2      IT IS SO ORDERED.

3

4  Dated: ___July 23, 2012___

5  _____
   EDWARD M. CHEN
6     United States District Court Judge



115585/000002/1537937.01