1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMBOLDT WHOLESALE INC, a California corporation, | Case No.  CV 11-4144 |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| HUMBOLDT NATION DISTRIBUTION, LLC, a California limited liability company; HUMBOLDT NUTRIENTS, LLC, a California limited liability company, | |
| Defendants. | |
| HUMBOLDT NUTRIENTS, LLC, a California limited liability company, | |
| Counterclaimant, | |
| v. | |
| HUMBOLDT WHOLESALE, INC., a California corporation, | |
| Counter-defendant. | |

**<u>ORDER</u>**

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED:

---

ORDER OF DISMISSAL WITH PREJUDICE

Case No. 11-CV-4144-EMC

115585/000002/1631554.03

1       1.     The First Amended Complaint and the Second Amended Counterclaim are both

2 dismissed with prejudice, with each party bearing its own costs and attorneys' fees;

3       2.     The Court shall retain jurisdiction to interpret and enforce the terms of the

4 Settlement Agreement;

5       3.     In the event of a default of the Settlement Agreement by either party the party

6 harmed by the breach may file a Motion to Enforce the Settlement Agreement with this Judge

7 and request a hearing and ruling on the default and damages due.

8

9       PURSUANT TO STIPULATION, IT IS SO ORDERED.

10 Dated: _____, 2012    12/11

11           Edward M. Chen

12           Judge of the U.S.D.

12           Northern District of

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL WITH PREJUDICE

Case No. 11-CV-4144-EMC

115585/000002/1631554.03

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 "B" Street, Suite 2200, San Diego, California 92101. On December 3, 2012, I served the within documents:

**1.     ORDER OF DISMISSAL WITH PREJUDICE**

☑      I hereby certify that on December 3, 2012, I electronically mailed the foregoing to EMCpo@cand.uscourts.gov and  to all counsel of record.

☑      (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2012, at San Diego, California.

/S/ Lisel M. Ferguson
Lisel M. Ferguson

-3-
ORDER OF DISMISSAL WITH PREJUDICE

Case No. 11-CV-4144-EMC

115585/000002/1631554.03