**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMBOLDT WHOLESALE INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUMBOLDT NATION DISTRIBUTION, LLC, a California limited liability company; HUMBOLDT NUTRIENTS, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 11-4144<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| HUMBOLDT NUTRIENTS, LLC, a California limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>HUMBOLDT WHOLESALE, INC., a California corporation,<br><br>Counter-defendant. | |

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED:

1. The First Amended Complaint and the Second Amended Counterclaim are both dismissed with prejudice, with each party bearing its own costs and attorneys' fees;

2. The Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement;

3. In the event of a default of the Settlement Agreement by either party the party harmed by the breach may file a Motion to Enforce the Settlement Agreement with this Judge and request a hearing and ruling on the default and damages due.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/11, 2012

Edward M. Chen
Judge of the U.S. D
Northern District of

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 “B” Street, Suite 2200, San Diego, California 92101. On December 3, 2012, I served the within documents:

**1. ORDER OF DISMISSAL WITH PREJUDICE**

☑ I hereby certify that on December 3, 2012, I electronically mailed the foregoing to EMCpo@cand.uscourts.gov and to all counsel of record.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2012, at San Diego, California.

/S/ Lisel M. Ferguson
Lisel M. Ferguson